## QUIÑONES *v.* RODRÍGUEZ.

### APELACIÓN procedente de la Corte de Distrito de

### San Juan

No. 38.  Resuelto en Octubre 19, 1905.

DIVORCIO.—INJURIAS GRAVES.—TRATO CRUEL.—Para que una demanda de divorcio fundada en *injurias graves,* pueda prosperar, es necesario que las palabras injuriosas sean de tal naturaleza que equivalgan á crueldad.

Los hechos están expresados en la opinión.

Abogado del apelante: *Sr. Freyre Barbosa.*

Abogado del Pueblo: *Sr. Rossy, Fiscal.*

La parte apelada no compareció.

EL JUEZ ASOCIADO SR. WOLF, emitió la opinión del tribunal.

La presente es una apelación interpuesta contra sentencia dictada por la Corte de Distrito de San Juan, en cuya corte el apelante Evaristo Quiñones presentó una demanda contra su esposa, Gabriela Rodríguez, para obtener un divorcio fundado en injurias graves. Varios testigos declararon con respecto al lenguaje que usaba la esposa dirigiéndose á su marido; pero nosotros creemos que el juez de la Corte de Distrito, ha dicho bien, que el lenguaje del cual hizo uso no constituye las injurias graves que prescribe la ley para obtener un divorcio.

Además, hemos resuelto en el caso de *Rafaela Cruz* y *Moisés Domínguez* que para obtener un divorcio á causa de injurias graves, tales injurias graves deben llegar al extremo de crueldad. Como no existe evidencia de crueldad en este caso, la sentencia de la Corte de Distrito debe confirmarse.

*Confirmada.*

Jueces concurrentes: Sres. Presidente Quiñones y Asociados, Hernández Figueras y MacLeary.